### 23504. MOORE v. THE STATE.

GUERRY, J. The bill of exceptions in this case was certified on June 30, 1933, and was filed in the office of the clerk of the trial court on July 21, 1933. The bill of exceptions having been filed more than 15 days after its certification, this court is without jurisdiction to entertain the case.

*Writ of error dismissed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED NOVEMBER 18, 1933.

*Sidney H. Baynes, James R. Venable, W. Al Jennings,* for plaintiff in error.

*John S. McClelland, solicitor, John A. Boykin, solicitor-general,* contra.